[No. 25967-9-I.   Division One.   October 21, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRIS
CHUCKA, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89-1-03526-6, Donald D. Haley, J., entered
April 3, 1990. *Affirmed in part* and *reversed in part* by
unpublished opinion per Grosse, C.J., concurred in by
Webster and Forrest, JJ.

[Nos. 24076-5-I; 24978-9-I.   Division One.   October 21, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTY L.
OLSON, ET AL, *Appellants*.

Appeals from judgments of the Superior Court for King
County, No. 88-1-04146-2, Robert E. Dixon, J., entered
April 11 and September 27, 1989. *Affirmed* by unpub-
lished opinion per Webster, J., concurred in by Grosse,
C.J., and Forrest, J.

[No. 24475-2-I.   Division One.   October 21, 1991.] ·

*In the Matter of the Marriage of* MARLYCE PANSY
TUCKER, *Appellant*, and THOMAS ROBERT
TUCKER, *Respondent*.

Appeal from a judgment of the Superior Court for
Whatcom County, No. 88-3-00538-9, David A. Nichols, J.,
entered June 16, 1989. *Affirmed* by unpublished opinion
per Forrest, J., concurred in by Scholfield, A.C.J., and
Kennedy, J.